THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL J. VAN KLEECK, Appellant.

Argued May 25, 1945; decided July 19, 1945.

*William A. Kaercher* for appellant.

*N. Le Van Haver, District Attorney* (*Vincent G. Connelly* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.  Taking no part: LOUGHRAN, J.